UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MICHAEL T. SPINK, an individual<br><br>    Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, an Oregon corporation,<br><br>    Defendant. | Case No. 1:16-cv-00091-EJL<br><br>ORDER GRANTING STIPULATED DISMISSAL |

Based upon the Stipulated Dismissal (Dkt. 17) filed by the parties in this action,

IT IS HEREBY ORDERED that the stipulation is **GRANTED** and the above-referenced action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

DATED: July 19, 2017

_____
Edward J. Lodge
United States District Judge

**Page 1 – ORDER GRANTING STIPULATED DISMISSAL**